IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -3 PM 2: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.                                    Cr. No. 05-20206-D

REGINALD SELLERS

## ORDER SPECIFYING PERIOD OF
## DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The defendant requested court appointed counsel and the court appointed the Federal Defender's office to represent him in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay to allow continuity of counsel.

IT IS THEREFORE ORDERED that the time period of June 1, 2005 through June 3, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case.

**DETENTION HEARING/ARRAIGNMENT IS RESET TO FRIDAY, JUNE 3, 2005 at 3:00 p.m. BEFORE MAGISTRATE JUDGE TU M. PHAM.**

S. Thomas Anderson
United States Magistrate Judge

Date: June 01, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20206 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT