IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 17 PM 3: 30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>            Plaintiff,  ) <br>  ) <br> vs.  ) <br>  ) <br>  ) <br> REGINALD SELLERS,  ) <br>            Defendant.  ) | Cr. No. 05-20206-D |

### ORDER ON MOTION TO ALLOW SUBSTITUTION OF COUNSEL

This matter came on to be heard upon motion of the Defendant to allow William D. Massey and Lorna S. McClusky, of The Law Office of Massey McClusky, to be substituted as counsel for Mr. Sellers in place of the Federal Defender. For good cause shown, the motion Is GRANTED. The Federal Defender is relieved of obligation in the representation of Mr. Reginald Sellers and Mr. Massey and Ms. McClusky, of The Law Office of Massey McClusky, are allowed to substitute as counsel for Mr. Sellers.

IT IS SO ORDERED THIS ___17th___ DAY OF JUNE, 2005.

Honorable Bernice Donald
Judge, United States District Court

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  6-20-05

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20206 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Bernice Donald
US DISTRICT COURT