IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 21 AM 6: 49

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

    Criminal No.  05-20206-D

**REGINALD BERNARD SELLERS,**

    **Defendant.**

## CONSENT ORDER REGARDING DISCLOSURE AND USE OF MATERIALS PROVIDED PURSUANT TO DISCOVERY

By consent of Counsel for the defendant herein and the Government, the Court concludes that an order should be entered in this cause governing access to certain discovery materials that are alleged to be contraband (child pornography). Counsel for the defendant herein and any active member of the defense team (investigator, computer specialist, expert) who, in his/her official capacity as such member, has a need to obtain a copy of such material is authorized to do so, but only in complete accordance with the following requirements of the Court:

1. Any copy made of the discovery material will be used solely for litigation purposes in the instant matter, and will only be disclosed to the defendant and member(s) of the defense team assisting defense counsel herein, as necessary.

2. All such material (and any copy thereof) will be maintained in a secure location at all times to prevent access by any unauthorized individual.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-21-05

3. By receipt of any such material, Counsel for the defendant herein acknowledges that he/she is aware of the protections afforded potential victims / witnesses pursuant to Title 18, United States Code, Section 3509, and will not disclose the name of or identity of any alleged witness /victim to anyone other than his client and the defense team. Moreover, disclosure of a victim or witness's identity to the defense team will only be made if necessary for preparation of the defense herein.

4. Following final disposition of this matter, in the District Court, all such material (and any copy thereof) shall be promptly returned to the United States to be disposed of in accordance with the law.

5. Following final disposition of this matter, in the District Court, Counsel for the defendant shall confirm to the United States, in writing, that each of the foregoing requirements of the Court have been fully met and that all such material (and any copy thereof) has been returned to the custody of the United States.

It is so **ORDERED** this _20_ day of _June_____, 2005.

_____
BERNICE BOUIE DONALD
United States District Judge

**APPROVED:**

_____
LORNA S. McCLUSKY
Counsel for the Defendant

_____
DAN L. NEWSOM
Senior Litigation Counsel

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20206 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT