IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUN 30 PM 3:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>REGINALD SELLERS,<br>Defendant. | )<br>)<br>)<br>)  Cr. No. 05-20206-D<br>)<br>)<br>)<br>) |

### ORDER ON MOTION TO EXTEND TIME TO FILE MOTIONS

This matter came on to be heard upon motion by the defendant for an extension of time in which to file motions. For good cause shown and without objection by counsel for the United States, the motion is GRANTED. Defendant shall have until **MONDAY, SEPTEMBER 5, 2005**, to file pre-trial motions in this cause.

IT IS SO ORDERED this ___30___ day of June, 2005.

JUDGE BERNICE DONALD
Federal District Court

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7-1-05__

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20206 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Bernice Donald
US DISTRICT COURT